Waterworks v Bullseye Telecom Exhibit A

| EXHIBIT A* | | | |
|---|---|---|---|
| **Transfers** | | | |
| **Name of Creditor** | **Check / Wire ID Number** | **Disbursement Date** | **Amount Paid** |
| BULLSEYE TELECOM | 208112 | 2/19/2009 | $18,760.08 |
| BULLSEYE TELECOM | 208675 | 3/19/2009 | $19,334.36 |
| | | | **$38,094.44** |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation,